IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kirksey, Chester L | Case Number: 08 B 08297 |
| | Judge: Squires, John H |
| Printed: 11/04/08 | Filed: 4/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 235.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 219.49 |
| Trustee Fee: | | 15.51 |
| Other Funds: | | 0.00 |
| Totals: | 235.00 | 235.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 219.49 |
| 2. | United States Dept Of Education | Unsecured | 5,787.42 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 244.12 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 76.56 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 94.52 | 0.00 |
| 6. | CRB Service | Unsecured | 27.00 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 77.81 | 0.00 |
| 8. | City of Evanston | Unsecured | 57.00 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 733.00 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 137.51 | 0.00 |
| 11. | Resurgence Financial LLC | Unsecured | 248.15 | 0.00 |
| 12. | Ameri Collect | Unsecured | 183.77 | 0.00 |
| 13. | CB Accounts | Unsecured | | No Claim Filed |
| 14. | CB Accounts | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 17. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Gloabl Payments | Unsecured | | No Claim Filed |
| 20. | Armor Systems Co | Unsecured | | No Claim Filed |
| 21. | Gloabl Payments | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | HSN Credit Dept | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Kirksey, Chester L

Printed: 11/04/08

Case Number: 08 B 08297
Judge: Squires, John H

Filed: 4/6/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Bank Of America | Unsecured |  | No Claim Filed |
|  |  | $ 11,140.86 | $ 219.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 15.51 |
|  | $ 15.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

